## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | } | |
| **LONDA HALL,** | } | **Case No.: 13-71634-BGC-13** |
| | } | |
| **Debtor** | } | |

### MOTION TO MODIFY CONFIRMATION ORDER TO ADD USDA
### INDEBTEDNESS TO BE PAID OVER LAST 43 MONTHS OF CASE

**Comes now** the Debtor, LONDA HALL, by and through her attorney of record, and respectfully requests this Honorable Court to alter, vacate, or amend the Confirmation Order entered on or about October 25, 2013, to add the indebtedness to be paid over the last 43 months of the case, and as for reasons states as follows:

1. That debtor, Londa Hall, is indebted to USDA for post-petition mortgage arrears in the amount of $3,619.39; and
2. That debtor wishes to add the debt to be paid through her case; and
3. The creditor has consented to modification of the plan.
4. An increase in plan payments to $156.00 biweekly will sufficiently fund the plan.
5. Schedule J has been amended.

**WHEREFORE, PREMISES CONSIDERED,** your Debtor respectfully requests this Honorable Court to grant this motion, to alter, vacate or amend the Confirmation Order and to reflect the following:

A. That debtors' motion to amend the Confirmation order to add USDA with a fixed payment of $91.00 to be paid over the last 43 months of his case be granted, and
B. Increase plan payments to $156.00 biweekly, and
C. Grant such other relief as is just and equitable.

Respectfully submitted,

/s/Marshall A. Entelisano
Marshall A. Entelisano, P.C.
Marshall A. Entelisano (ENT001)
Attorney for Debtor
701 22nd Ave.
Unit 2
Tuscaloosa, Alabama 35401
(205) 752-1202

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing via CM/ECF on C. David Cottingham, Trustee, and on below listed creditor by depositing a copy of the same in the U.S. Mail, properly addressed and first-class postage prepaid this the 6th day of January, 2015.

**/s/Marshall A. Entelisano**
Marshall A. Entelisano, P.C.
**Marshall Entelisano (ENT001)**
**Attorney for Debtor**

**USDA**
**PO Box 66879**
**St. Louis, MO  63166**